

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed March 27, 2020

_____
United States Bankruptcy Judge
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| BIG COUNTRY MOBILE FLEET SERVICES, LLC | § § § | CASE NO. 19-10280-rlj7 |
| DEBTOR. | § § § | CHAPTER 7 |

### AGREED ORDER GRANTING TRUSTEE'S NOTICE OF INTENT
### TO SELL PROPERTY OF THE ESTATE AT PRIVATE SALE
### (Docket 5)

On this day, came on for consideration of the Notice of Intent to Sell Property of the Estate at Private Sale. The Court, having considered such Notice and having reviewed the Response of attorneys for Taylor County Central Appraisal District (Taylor CAD), is of the opinion that such should be granted as an Agreed Order on the following terms:

IT IS ORDERED, that Harvey L. Morton, as Trustee, be and is hereby authorized and permitted to SMITH SOUTH PLAINS, the 2004 Ford Pickup Model 25, for the sum of Three Thousand and No/100 Dollars ($3,000.00) ; and

IT IS FURTHER ORDERED, that Harvey L. Morton, as Trustee, be and is hereby authorized and permitted to solicit offers on the 2003 GMC Pickup Model SIE, and to represent that it will be subject to notice not exceeding 10 days.

IT IS FURTHER ORDERED that the 2019 ad valorem property taxes are to be paid in full and the 2020 taxes paid pro rata from the proceeds of the sale, at the time of closing of each sale transaction; the ad valorem tax liens for the 2020 tax year are hereby expressly retained until the payment by a purchaser, and also any penalties or interest which may ultimately accrue to those 2020 taxes, in the ordinary course of business.

### End of Order ###

**ORDER SUBMITTED BY:**

/s/ Harvey L. Morton
Harvey L. Morton
LAW OFFICES OF HARVEY L. MORTON
P. O. Box 10305
Lubbock, Texas  79408
TEL:  (806) 762-0570
Email: harvey@hlmortonlaw.com
TRUSTEE FOR BIG COUNTY MOBILE FLEET SERVICES

**APPROVED AS TO FORM AND CONTENT**:

/s/Tara LeDay
Tara LeDay
State Bar No. 24106701P.O. Box 1269
Round Rock Texas 78680
Telephone: (512) 323-3200
Facsimile: (512) 323-3205
ATTORNEY FOR TAYLOR CAD