Harvey L. Morton
LAW OFFICES OF HARVEY L. MORTON
P.O. Box 10305
Lubbock, Texas 79408
TEL: (806) 762-0570
FAX: (806) 744-9759
TRUSTEE FOR BIG COUNTRY MOBILE FLEET SERVICES, INC.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| BIG COUNTRY MOBILE FLEET SERVICES, LLC, | § § § § | CASE NO. 19-10280-RLJ-7 |
| DEBTOR | § | |

## REQUEST FOR CHANGE OF STATUS

TO THE CLERK OF THE BANKRUPTCY COURT:

The above-styled case was noticed as:

\_\_\_\_ An asset case

\_\_\_\_ A no-asset case

✔ Status undetermined at this time

Please change the status to:

✔ An asset case

\_\_\_\_ A no-asset case

\_\_\_\_ Status undetermined at this time

✔ Please set bar date

✔ Please notify creditors to file a Proof of Claim

DATE: June 4, 2020

/s/ Harvey L. Morton
Harvey L. Morton, Trustee