



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed July 7, 2020

**United States Bankruptcy Judge**

---

### IN THE UNITED STATES
### BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF TEXAS
### ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-10280-rlj7 |
| | § | |
| BIG COUNTRY MOBILE | § | |
| FLEET SERVICES, LLC | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 |

### ORDER GRANTING MOTION FOR LEAVE FOR ADMISSION *PRO HAC VICE* WITHOUT LOCAL COUNSEL

The Court, having considered the Motion by attorney Ryan Dunn for leave to appear *pro hac vice* without associating local counsel, it is hereby ordered that the Motion is GRANTED.

### END OF ORDER ###

ORDER PREPARED BY
Ryan P. Dunn
DUNN PLLC
405 Main Street, Suite 836
Houston, Texas 77002
(713) 904-3866
(713) 583-6736 (f)
ryan@dunnpllc.com